In re:  Case No. 23-02799-MJC
Martin Ditsky  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Jan 19, 2024      Form ID: ntnew341      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin Ditsky, 330 1/2 East Abbot Street, Lansford, PA 18232-2103 |
| 5583507 | + | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5583511 | + | Key Bank, P.O. Box 94588, Cleveland, OH 44101-4588 |
| 5583512 | + | Key Bank S/B/M First Niagra Bank NA, 4224 Ridge Lea Road, Buffalo, NY 14226-1016 |
| 5583513 | + | KeyBank, NA, s/b/m First, Niagara Bank,, Bankruptcy Dept 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 5583515 | + | Landsford Borough Taxes, 1 West Ridge Street, Lansford, PA 18232-1307 |
| 5583518 | + | Portnoff Law Associates, 1030 Walnut St, Allentown, PA 18102-4842 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jan 19 2024 18:37:29 | Keybank NA as s/b/m to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 5583508 | + | Email/Text: dltlegal@hab-inc.com | Jan 19 2024 18:43:00 | Berkheimer/HAB-MISC, PO Box 25144, Lehigh Valley, PA 18002-5144 |
| 5583509 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 19 2024 18:43:00 | Internal Revenue Service, Bankruptcy Notices P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5583514 | ^ | MEBN | Jan 19 2024 18:37:26 | KML Law Group, P.C., BNY Mellon Independence Center, 701 Market St. Suite, 5000, Philadelphia, PA 19106-1541 |
| 5583510 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 19 2024 18:43:00 | Key Bank, Attn: Loan CLient Services, P.O. Box 5788, Cleveland, OH 44101-0788 |
| 5588641 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 19 2024 18:43:00 | KeyBank NA, 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 5583516 | | Email/Text: amps@manleydeas.com | Jan 19 2024 18:43:00 | Manley Deas & Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 5583517 | | Email/PDF: cbp@omf.com | Jan 19 2024 18:45:41 | One Main Financial, Bankruptcy Department PO Box 3251, Evansville, IN 47731 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Erik Mark Helbing | on behalf of Debtor 1 Martin Ditsky ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor KeyBank NA, s/b/m First Niagara Bank, NA mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Martin Ditsky, | Chapter | 13 |
|---|---|---|
| **Debtor 1** | Case No. | 5:23−bk−02799−MJC |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 12, 2024<br><br>Time: 08:30 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 19, 2024 |

ntnew341 (09/23)