United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02799-MJC |
| Martin Ditsky | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Jan 30, 2024  Form ID: pdf010  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin Ditsky, 330 1/2 East Abbot Street, Lansford, PA 18232-2103 |
| 5583507 | + | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5583511 | + | Key Bank, P.O. Box 94588, Cleveland, OH 44101-4588 |
| 5583512 | + | Key Bank S/B/M First Niagra Bank NA, 4224 Ridge Lea Road, Buffalo, NY 14226-1016 |
| 5583513 | + | KeyBank, NA, s/b/m First, Niagara Bank,, Bankruptcy Dept 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 5583515 | + | Landsford Borough Taxes, 1 West Ridge Street, Lansford, PA 18232-1307 |
| 5583518 | + | Portnoff Law Associates, 1030 Walnut St, Allentown, PA 18102-4842 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jan 30 2024 18:41:21 | Keybank NA as s/b/m to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 5583508 | + | Email/Text: dltlegal@hab-inc.com | Jan 30 2024 18:46:00 | Berkheimer/HAB-MISC, PO Box 25144, Lehigh Valley, PA 18002-5144 |
| 5583509 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2024 18:46:00 | Internal Revenue Service, Bankruptcy Notices P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5583514 | ^ | MEBN | Jan 30 2024 18:41:05 | KML Law Group, P.C., BNY Mellon Independence Center, 701 Market St. Suite, 5000, Philadelphia, PA 19106-1541 |
| 5583510 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 30 2024 18:46:00 | Key Bank, Attn: Loan CLient Services, P.O. Box 5788, Cleveland, OH 44101-0788 |
| 5588641 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 30 2024 18:46:00 | KeyBank NA, 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 5583516 | | Email/Text: amps@manleydeas.com | Jan 30 2024 18:46:00 | Manley Deas & Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 5583517 | | Email/PDF: cbp@omf.com | Jan 30 2024 18:55:55 | One Main Financial, Bankruptcy Department PO Box 3251, Evansville, IN 47731 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Erik Mark Helbing | on behalf of Debtor 1 Martin Ditsky ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor KeyBank NA, s/b/m First Niagara Bank, NA mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Martin Ditsky

| | |
|---|---|
| Chapter: | 13 |
| Case No.: | 5:23-bk-02799-MJC |

Debtor 1

### ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 30, 2024